IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOHN A. WALKER AND
MELISA M. WALKER,

      Appellants,

v.

LABORDE CONSTRUCTION,
L.L.C., A FLORIDA LIMITED
LIABILITY COMPANY, AND
RAYMOND A. LABORDE, A
NATURAL PERSON,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2516

Opinion filed October 14, 2015.

An appeal from an order of the Circuit Court for Duval County.
Charles W. Arnold, Jr., Judge.

Carl Scott Schuler and Brian J. Lee, of Schuler & Lee, P.A., Jacksonville, for
Appellants.

No appearance for Appellees.

PER CURIAM.

      DISMISSED.

BENTON, OSTERHAUS, and BILBREY, JJ., CONCUR.